| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| WILLIS FLOYD WILEY | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:17-CV-468 |
| JASPER TEXAS CITY POLICE DEPT. | § § | |
| Defendant. | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. Pending before the court is Defendant Jasper Texas City Police Department's "Motion to Dismiss." Doc. No. 5. On March 20, 2018, Judge Hawthorn entered a report (Doc. No. 17) recommending the court grant the pending motion and dismiss Plaintiff Willis Floyd Wiley's claims with prejudice. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 17) is **ADOPTED**, the Defendant's "Motion to Dismiss" (Doc. No. 5) is **GRANTED**, and the Plaintiff's claims are **DISMISSED** with prejudice.

A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 17th day of April, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE